An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RANDOLPH EUGENE KASSOW,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63193

FILED

JUN 03 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a pretrial motion to dismiss counsel and appointment of alternate counsel. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

No statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). We lack jurisdiction to consider this appeal and therefore we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Douglas                              Saitta

cc:   Hon. Kathleen E. Delaney, District Judge
      Randolph Eugene Kassow
      Clark County Public Defender
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-16167